1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALLEN DOBSHINSKY,

11              Plaintiff,                        No. CIV S-06-2213 WBS GGH P

12        vs.

13    HIGH DESERT STATE PRISON
      WARDEN, et al.,
14
                Defendants.                  ORDER
15    _____/

16              Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17    1983.  By order filed on November 8, 2006, plaintiff's complaint, transferred from the Northern

18    District on October 6, 2006, was dismissed with thirty days' leave to amend.  Plaintiff who had

19    filed some 400 plus pages of exhibits was cautioned to limit his filing to 25 pages.  Plaintiff now

20    seeks the return of an original exhibit of a third level decision, apparently in order to assist him in

21    amending his complaint.

22              While it is plaintiff's responsibility to maintain his own record of his exhibits, the

23    court will on this occasion direct the Clerk of the Court to retrieve plaintiff's original exhibit of

24    the director's (or third) level appeal decision, dated February 9, 2006, Log No. HDSP 05-1876,

25    from the file located in the file room and to mail the original to plaintiff.  The Clerk is further

26    \\\\\

1

1  directed to replace the original on the shelf with a printed out copy of the same third level

2  decision located in the electronic file at pages 20 and 21 of Part I under docket entry # 1.

3           IT IS SO ORDERED.

4  DATED: 12/4/06                                    /s/ Gregory G. Hollows
                                                     _____
5                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
6

7  GGH:009
   dobs2213.ord
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26